AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

## UNITED STATES DISTRICT COURT
for the *Southern District of West Virginia*

Ronald Satish Emrit,
Plaintiff/Petitioner

v.

Central Intelligence Agency (CIA),
Defendant/Respondent

Civil Action No.
2:22-cv-00119

FILED
MAR - 7 2022
Southern District of West Virginia

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Ronald Satish Emrit*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: *February 25, 2022*

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Legal Disclaimer: Because of the decision of Judge Sandra Brown Armstrong in the 2014 case of Emrit v. Yahoo, studied at Santa Clara law school, the plaintiff must state that this IFP application is prepared according to rough estimates

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ *about* 900.00 | $ 0.00 | $ 900.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ *about* 30.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ 930.00 | $ 0.00 | $ 900.00 | $ 0.00 |

2.     List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A- disabled | N/A- disabled | N/A-disabled | $ 0.00 |
| N/A-disabled | N/A- disabled | N/A- disabled | $ 0.00 |

3.     List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A- no spouse | N/A- no spouse | N/A- no spouse | $ |
| N/A- no spouse | N/A- no spouse | N/A- no spouse | $ |
| N/A- no spouse | N/A- no spouse | N/A no spouse | $ |

4.     How much cash do you and your spouse have? $ _____ 15.00 (*about*)

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Truist Bank | Checking | $ *about* 15.00 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.      List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
| --- | --- |
| Home *(Value)* | $                    0.00 |
| Other real estate *(Value)* | $                    0.00 |
| Motor vehicle #1 *(Value)* | $                    0.00 |
| Make and year:  N/A- no automobile owned | |
| Model:          N/A- no automobile owned | |
| Registration #: N/A- no automobile owned | |
| Motor vehicle #2 *(Value)* | $                    0.00 |
| Make and year:  N/A- no automobile owned | |
| Model:          N/A- no automobile owned | |
| Registration #: N/A- no automobile owned | |
| Other assets *(Value)* | $                    0.00 |
| Other assets *(Value)* | $                    0.00 |

6.      State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| Stanley Frank | $      *about*      2,000.00 | $                    0.00 |
| Parris Foster | $      *about*      2,000.00 | $                    0.00 |
| Lori Dodson | $                200.00 | $                    0.00 |

7.      State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
| --- | --- | --- |
| Parental Rights Terminated by Judge Susan Greenhawt | Parental Rights Terminated on June 1st, 2009 | 0 |
| Parental Rights Terminated by Judge Susan Greenhawt | Parental Rights Terminated on June 1st, 2009 | 0 |
| Parental Rights Terminated by Judge Susan Greenhawt | Parental Rights Terminated on June 1st, 2009 | 0 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.      Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | | You | Your spouse |
|---|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* | | | |
|     Are real estate taxes included?  ☐ Yes  ☑ No | | $ 200.00 | $ 0.00 |
|     Is property insurance included?  ☐ Yes  ☑ No | | | |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | | $ 0.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | | $ 50.00 | $ 0.00 |
| Food | | $ 250.00 | $ 0.00 |
| Clothing | | $ 50.00 | $ 0.00 |
| Laundry and dry-cleaning | | $ 10.00 | $ 0.00 |
| Medical and dental expenses | | $ 100.00 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | | $ 50.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | | $ 80.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | | |
|     Homeowner's or renter's: | N/A- no renter's insurance | $ 0.00 | $ 0.00 |
|     Life: | N/A- no life insurance | $ 0.00 | $ 0.00 |
|     Health: | Medicare & Medicaid part of disability | $ 0.00 | $ 0.00 |
|     Motor vehicle: | N/A- no automobile owned | $ 0.00 | $ 0.00 |
|     Other: | N/A- no other insurance | $ 0.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | | $ 0.00 | $ 0.00 |
| Installment payments | | | |
|     Motor vehicle: | N/A- no automobile owned | $ 0.00 | $ 0.00 |
|     Credit card *(name)*: | N/A- no credit cards owned | $ 0.00 | $ 0.00 |
|     Department store *(name)*: | N/A- no longer have target card | $ 0.00 | $ 0.00 |
|     Other: | N/A- no other payments | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | | $ 0.00 | $ 0.00 |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $            0.00 | $            0.00 |
| Other *(specify)*:   N/A- no other expenses | $            0.00 | $            0.00 |
| **Total monthly expenses:** | $         790.00 | $            0.00 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes     ☑ No      If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☑ No

   If yes, how much?   $            0.00

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
   Because there is now a war between Russia and the Ukraine Republic, the plaintiff is trying to have his fiance "Mary from Kharkov City, UKraine" be able to obtain a fiance or K-1 visa as part of an expedited proceeding whereby she ca be declared as a refugee trying to seek political asyum according to a broad interpretation of Miller v. Albright.  The plaintiff is in love with his fiance from Ukraine (Mary) and is very worried about her safety and well-being because Vladimi Putin and this conflict involving NATO.

12. Identify the city and state of your legal residence.

   Sarasota, Florida 34243

   Your daytime phone number:          (703) 936-3043

   Your age:     45     Your years of schooling:        20